UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MALONEY GAMING** | * | **CIVIL ACTION NO.** |
| **MANAGEMENT, LLC** | * | |
|     **Plaintiffs** | * | |
| | * | **SECTION** |
| versus | * | |
| | * | |
| **PARISH OF ST. TAMMANY** | * | **MAGISTRATE** |
|     **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

<u>**REQUEST FOR ISSUANCE OF SUMMONS**</u>

TO:   Office of the Clerk
        United States District Court
        Eastern District of Louisiana
        500 Poydras Street
        New Orleans, LA 70130

Please issue Summons on the original Complaint to:

**St. Tammany Parish Government**
**Through their agent for service of process:**
**Kevin Davis, Parish President**
**21489 Koop Drive, Suite H**
**Mandeville, LA 70047**

                                                Respectfully submitted,

                                                _____

                                                */s/ A. Remy Fransen, Jr.*
                                                **A. Remy Fransen, Jr., Bar (Bar #5827)**

**Matthew R. Fransen (Bar #26286)**
**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, LA 70113
(504) 522-1188

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Request for Re-Issuance of Summons using the CM/ECF system and a copy served on all parties on the attached mailing matrix, by depositing a copy of same in the United States Mail, First Class, postage prepaid, and properly addressed on the 27th day of May, 2010 and/or via electronic service via the court's electronic filing system.

BY:     /s / A. Remy Fransen Jr.