UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MALONEY GAMING** | * | **CIVIL ACTION NO. 10-01582** |
| **MANAGEMENT, LLC** | * | |
|     **Plaintiffs** | * | |
| | * | **SECTION "J"** |
| versus | * | |
| | * | **JUDGE BARBIER** |
| **PARISH OF ST. TAMMANY** | * | **MAGISTRATE WILKINSON** |
|     **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING MOTION (Rec. Doc. 13),**

**IT IS ORDERED** that the motion is GRANTED. IT IS FURTHER ORDERED that the hearing date for Defendant's Motion to Dismiss (Rec. Doc. 10), currently set for Wednesday, August 4, 2010, is hereby RESET to Wednesday, August 18, 2010, without oral argument.

_____
United States District Judge