UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALONEY GAMING MANAGEMENT, LLC | CIVIL ACTION |
| VERSUS | NO: 10-1582 |
| PARISH OF ST. TAMMANY | SECTION: J (2) |

### ORDER AMENDING ORDER AND REASONS

On September 9th, 2010, the Court issued an Order and Reasons (Rec. Doc. 22), granting Defendant's Motion to Dismiss (Rec. Doc. 10). That Order included a footnote that referred to the issue of detrimental reliance: "Because neither party adequately briefed this issue , it is not addressed here."

Because the Order and Reasons thoroughly addressed each of the Plaintiff's claims relating both to an alleged violation of the Fourteenth Amendment and to an alleged violation of the Fifth Amendment, the entire case remains dismissed–notwithstanding the Order's footnote.

Accordingly, **IT IS ORDERED** that the Court's Order and Reasons (Rec. Doc. 22) is **AMENDED.**

New Orleans, Louisiana, this 27th day of September, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT COURT