UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALONEY GAMING MANAGEMENT, LLC     CIVIL ACTION

VERSUS     NO. 10-1582

ST. TAMMANY PARISH     SECTION "J"

## J U D G M E N T

Considering the court's Order and Reasons dated September 9, 2010, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, St. Tammany Parish, and against plaintiff, Maloney Gaming Management, LLC, dismissing the plaintiff's suit with prejudice, at plaintiff's cost.

New Orleans, Louisiana, this __27th__ day of SEPTEMBER, 2010.

_____
UNITED STATES DISTRICT JUDGE