UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALONEY GAMING MANAGEMENT, LLC | CIVIL ACTION |
| VERSUS | NO: 10-1582 |
| PARISH OF ST. TAMMANY | SECTION: J(2) |

**ORDER**

Before the Court are Plaintiff's **Motion for New Trial or Amending of Judgment Pursuant to F.R.C.P. Rule 59 (Rec. Doc. 26)** and Defendant's **Memorandum in Opposition (Rec. Doc. 27)**. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for New Trial or Amending of Judgment Pursuant to F.R.C.P. Rule 59 (Rec. Doc. 26)** is **GRANTED IN PART** to amend the Court's prior Order and Reasons (Rec. Doc. 22) to dismiss Plaintiff's state-law claims **WITHOUT PREJUDICE**. Otherwise, the motion is **DENIED.**

New Orleans, Louisiana this 3rd day of December, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE