UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALONEY GAMING MANAGEMENT, LLC     CIVIL ACTION

VERSUS     NO. 10-1582

ST. TAMMANY PARISH     SECTION "J"

A M E N D E D   J U D G M E N T

Considering the court's Orders and Reasons dated September 9, 2010 and December 6, 2010, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, St. Tammany Parish, and against plaintiff, Maloney Gaming Management, LLC, dismissing the plaintiff's state court claims without prejudice, and all other claims with prejudice, at plaintiff's cost.

New Orleans, Louisiana, this __7th__ day of DECEMBER, 2010.

_____
UNITED STATES DISTRICT JUDGE