UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MALONEY GAMING** | * | **CIVIL ACTION NO. 10-01582** |
| **MANAGEMENT, LLC** | * | |
|     **Plaintiffs** | * | |
| | * | **SECTION "J"** |
| versus | * | |
| | * | **JUDGE BARBIER** |
| **PARISH OF ST. TAMMANY** | * | **MAGISTRATE WILKINSON** |
|     **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**NOTICE** is hereby given that Maloney Gaming Management, L.L.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Amended Judgment entered in favor of St. Tammany Parish, signed by the District Court on December 7, 2010 and entered in this action on December 8, 2010.

    Respectfully submitted,

_____
*/s/ A. Remy Fransen, Jr.*
**A. Remy Fransen, Jr., Bar (Bar #5827**)
**Matthew R. Fransen (Bar #26286)**
**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, LA 70113
(504) 522-1188

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing Notice of Appeal using the CM/ECF system and served a copy on Thomas Anzelmo, Esq., via facsimile and/or the United States Mail, First Class, postage prepaid, and properly addressed this 20th day of December 2010 and/or via the court's electronic filing system.

                              BY:      /s / A. Remy Fransen Jr.